UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

Rec # 6749
12/7/09
$71.74

---

IN RE:  BK NO. 05-24677

ALBERT & PATRICIA MOORE
    Debtor(s)

---

### TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

   States Recovery Systems, Inc.
   PO Box 2860
   2951 Sunrise Blvd Ste 100
   Rancho Cordova, CA 95742-7201

2. Your Trustee's check for $71.74, payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.

Dated: December 3, 2009
    Rochester, NY

/s/_____
GEORGE M. REIBER, TRUSTEE



FILED DEC - 7 2009
BANKRUPTCY COURT
ROCHESTER, NY